# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

ROBERT CURTIS FINCH, )
                                   )
    Plaintiff, )
                                   )
v. ) Case No. CV609-090
                                   )
SIDNEY JOE MORGAN and )
MEMORIAL HEALTH HOSPITAL, )
                                   )
    Defendant. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 22nd day of March, 2010.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA